No. 246

NAT. FOUNDATION & ENG. CO. v. TOLEDO

Ohio Court of Appeals, Lucas County

No. 1270.    Jan. 22, 1923.

REFEREE—(1) Motion for re-hearing, wrong address of—(2) Refusal of court based on wrong fact, not a final order.

CHITTENDEN, J.:

Epitomized Opinion

Plaintiff company brought an action in the common pleas court of Lucas County to recover balance due on a contract for the construction of a bridge in Toledo. By agreement of the parties, the cause was submitted to three referees. After the referees arrived at a conclusion in favor of plaintiff company, they forwarded their report to the clerk of court. They directed the clerk to file the report on July 7, 1922, but the clerfk filed it on June 28th. Both parties were notified that they had three days from July 7, 1922, to file their motions. Within three days from the latter date a motion for re-hearing was filed by the city. The motion was directed to the court rather than the referees. A motion was then filed by the plaintiff to confirm the report of the referee and for judgment. A re-hearing was ordered by the court and plaintiff's motion was overruled. Plaintiff prosecuted error claiming that as the motion for a new trial or re-hearing was not addressed to the referees as required, and the error was fatal. The Court of Appeals held:

1. While the motion should have been addressed to the referees rather than the court, a failure to do so was a mere inadvertance and was no ground for a refusal by the referee to hear the motion.

2. As the court's refusal to hear plaintiff's motion for a confirmation of the referees' report was based on the fact that the motion was out of order, rather than that plaintiff was not entitled to the order sought, it was not a final order from which error could be prosecuted.

Appeal dismissed.

Attorneys—Tyler, Northup & McMahon and Snyder, Henry, Thomsen, Ford and Seagrave, for plaintiff in error; F. M. Dotson and Martin S. Dodd, for city.

---

No. 247

KOPEK v. STATE

Ohio Court of Appeals, Cuyahoga County

No. 4600.    March 12, 1923

INTOXICATING LIQUORS—Having in possession, with still.

PER CURIAM:

Epitomized Opinion

Error to Cleveland Municipal Court

Kopek was convicted under the Crabbe Act for having liquor and a still in his possession. This case came squarely within the ruel of Rosanski v. State, decided by the Supreme Court. Jan. 2, 1923, syllabus of which appears 4 Abs. 104, also L. R., Jan. 8, together with other cases bearing upon the same question decided at the same time. The judgment of the Common Pleas is affirmed on the authority of that case.

Attorneys—H. C. Boyd, for Klopek; Lee E. Skeel, for State.

## OHIO LEGISLATURE

### BULLETIN IX

LEGISLATIVE INFORMATION BULLETIN
OHIO STATE BAR ASSOCIATION

ROBERT C. MASON, Executive Secretary
State House Annex, Columbus, Ohio

#### THE SENATE REPORTS TO A JITNEY CALENDAR

A resolution declaring the Rules Committee to be a Calendar Committee was adopted by the Senate, Tuesday afternoon. Senators Kryder, Rowe, Gardner, Atwood, Gifford and Ferguson, members of the Rules Committee, now the Jitney Calendar Committee, will have charge of making up the Senate Calendar. They will place on each day's calendar only those bills which they consider important and which will have a chance for passage.

#### INTRODUCED IN THE SENATE

The Senate, by unanimous vote, consented to permit Senator Bragg to introduce a bill (S. B. 279) authorizing Boards of Education to insure children while being transported to and from school in motor trucks or busses.

I now understand that another Senator has a bill prepared which he is going to ask permission to introduce.

#### RE STYLE OF CASE

Tuesday afternoon, the Senate passed S. B. 16, by Mr. Garver, providing that in all court cases, style of case shall not be changed upon appeal or when carried into higher courts.

The Senate Judiciary Committee for some time held this bill, at the request of its author. Senator Garver stated that he wanted to get the reaction of the legal profession before any action be taken on the bill.

#### HOUSE REFUSES TO ALLOW ADDITIONAL JUDGES

The House defeated House Bill 254, by Mr. Holloway, which provides for an additional common pleas judge in Trumbull County. The bill received 72 affirmative votes and 22 negative, but as two-thirds of the majority were required the bill failed. This is the first time the House has voted on the question of increasing the number of common pleas judgeships.

#### PROSECUTORS

The House Committee on County Affairs has moved to recommend for passage House Bill 372, by Mr. Evans of Cuyahoga, providing for a four-year term for the next elected prosecutors.

#### BILLS PASSED IN THE HOUSE
##### March 12th

S. B. 144—Messrs. Bender and Spidel—Providing for prompt unofficial election returns by authorizing secretary of state to remove derelict officials.

H. B. 295—Mr. McNamara—Permitting all voters in line at polls at 5:30 P. M. on election day to vote before polls are closed.

H. B. 258—Mr. Davis—Providing for the appointment of an additional jail matron for Cuyahoga County.

(Continued on Page 286)